UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 16-01414-ODW (KS) | Date | October 17, 2016 |
|---|---|---|---|
| Title | *Monster Film Ltd. v. Galloping Illusions Pty Ltd., et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**               **In Chambers**

　　On September 23, 2016, the Court ordered Plaintiff to file a First Amended Complaint no later than October 7, 2016. (ECF No. 39.) To date, Plaintiff has not filed a First Amended Complaint. Thus, Plaintiff is **ORDERED** to **SHOW CAUSE**, in writing only, no later than **October 24, 2016**, why the Court should not dismiss the action for lack of prosecution. No hearing will be held. The Court will discharge this order upon the filing of a First Amended Complaint.

　　In addition, the Court orders Plaintiff to submit a status report, no later than **October 24, 2016**, identifying the attempts it has made to serve Defendant Roham Ghodsi with the summons and complaint. *See Baja Developments LLC v. TSD Loreto Partners*, No. CV-09-756-PHX-LOA, 2009 WL 2762050, at *1 (D. Ariz. Aug. 28, 2009) (court may "set[] a reasonable time limit for service in a foreign country to properly manage a civil case").

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |