UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV-16-1414-ODW (KSx)                                              Date: March 14, 2018

Title   *Monster Film Limited v. Galloping Illusions Pty Ltd., et al.*

Present: The Honorable:   KAREN L. STEVENSON, United States Magistrate Judge

| R. Horan Walker | C/S |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:
Natalya Byzova                                              Craig Anthony Tristao
                                                                        Robert Wall, Pro per

**Proceedings: TELEPHONIC CONFERENCE RE:  DISCOVERY DISPUTES**

Case called. Counsel and Robert Wall, appearing *pro per*, made their appearances. The Court confers with the parties regarding the scheduling of depositions for defendants Robert Wall ("Wall") and Christian Martinen ("Martinen") originally noticed to occur on March 13 and 19, 2018 respectively, pursuant to a deposition notice that Plaintiff served on February 19, 2018. Prior to the telephone conference, Wall and Martinen had indicated their only availability for their depositions was on March 26, 2018, the last day of fact discovery.

After further discussion, the Court ordered that the Wall and Martinen depositions will go forward in Los Angeles, California on March 22, 2018 (starting at 1 p.m.) and March 23, 2018 (starting at 10:00 a.m.) Unless otherwise stipulated or ordered by the Court, each deposition is limited to one day of seven-hours. Fed. R. Civ. P. 30(d)(1).[1]

In light of the rapidly approaching March 26, 2018 discovery cut-off, the Court also discussed other discovery-related matters raised by the parties. Counsel are directed to meet and confer in person by the close of business today regarding Plaintiff's Rule 30(b)(6) deposition noticed by Defendants. Contact information for Plaintiff's witness must be provided to Defendants' counsel by noon on Thursday, March 15, 2018. Further, the parties will also meet

---

[1]   The court must allow additional time "if the deponent or another person, or any other circumstances impedes or delays the examination." Fed. R.Civ. P. 30(d)(1). The Court may also "impose an appropriate sanction – including the reasonable expenses and attorney's fees incurred by any party – on a person who impedes, delays, or frustrates the fair examination of the deponent." Fed. R. Civ. P.30 (d)(2).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV-16-1414-ODW (KSx)                                           Date: March 14, 2018

Title       *Monster Film Limited v. Galloping Illusions Pty Ltd., et al.*

and confer regarding the status of Martinen's production of documents in connection with the notice for his deposition.  Plaintiff's counsel will meet and confer with Wall by the close of business on March 19, 2018 regarding supplemental responses to Plaintiff's outstanding discovery requests to Wall.

Finally, Wall noted that he has not received copies of discovery that Plaintiff produced to other defendants in the case. Wall is directed to obtain access to this information through counsel for his co-defendants.

**IT IS SO ORDERED**.

|  | :37 mins |
|---|---|
| **Initials of Preparer** | rhw |