1  JUDITH M. SASAKI #119442
   GREGORY J. NORYS #237172
2  CRAIG A. TRISTAO #256528
   COLEMAN & HOROWITT, LLP
3  Attorneys at Law
   499 West Shaw, Suite 116
4  Fresno, California 93704
   Telephone: (559) 248-4820
5  Facsimile:  (559) 248-4830

6
   Attorneys for Defendant/Counter-Claimant/Third-Party Plaintiff CHRISTIAN MARTINEN
7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11

| MONSTER FILM LIMITED, a corporation, | Case No.: 2:16-CV-01414-ODW-KS |
|---|---|
| Plaintiff, | Assigned to: Hon. Otis D. Wright II |
| vs. | Courtroom: 11 |
| GALLOPING ILLUSIONS PTY LTD., a corporation, CARLOS ALPERIN, an individual, ROHAM GHODSI, an individual, CHRISTIAN MARTINEN, an individual, and DOES 1-100, inclusive, | Complaint Filed: February 29, 2016<br>Trial:  None<br><br>**APPLICATION TO CLERK OF THE COURT FOR ENTRY OF DEFAULT ON COUNTER-CLAIM AGAINST COUNTER-DEFENDANT MONSTER FILM LIMITED** |
| Defendants. | |
| CHRISTIAN MARTINEN, an individual, | |
| Counter-Claimant, | |
| vs. | |
| MONSTER FILM LIMITED, a corporation, | |
| Counter-Defendant. | |
| CHRISTIAN MARTINEN, an individual, | |
| Third-Party Plaintiff. | |
| vs. | |
| GALLOPING ILLUSIONS PTY LTD., a corporation, ROHAM GHODSI, an individual, CARLOS ALPERIN, an individual, MAXIM KOZLOV, an individual, and MOES 1-100, inclusive, | |
| Third-Party Defendants. | |

---
COUNTER-CLAIM

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Counter-Claimant CHRISTIAN MARTINEN requests that the Clerk enter the default of Counter-Defendant MONSTER FILM LIMITED for failure to timely file a pleading in response to the Counter-Claim, Document 70, filed on May 1, 2017 via the Court's electronic filing and service system: CM/ECF.

As of March 19, 2018, Counter-Defendant Monster Film Limited has not filed an answer to Document 70.

Dated:   March 19, 2018            COLEMAN & HOROWITT, LLP

By:  /s/ GREGORY J. NORYS
JUDITH M. SASAKI
GREGORY J. NORYS
CRAIG A. TRISTAO
Attorneys for Attorneys for Defendant/Counter-Claimant/Third-Party Plaintiff