|   |   |
|---|---|
| | **O**<br>**JS-6** |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER FILM LIMITED, a corporation,<br><br>           Plaintiff,<br>   vs.<br>GALLOPING ILLUSIONS PTY LTD., a corporation, CARLOS ALPERIN, an individual, ROHAM GHODSI, an individual, CHRISTIAN MARTINEN, an individual, and DOES 1-100, inclusive,<br><br>           Defendants. | Case No.: 2:16-CV-01414-ODW(KS)<br><br>Assigned to: Hon. Otis D. Wright II<br>Courtroom: 11<br>Complaint Filed: February 29, 2016<br>Trial: None<br><br>**FINAL JUDGMENT** |
| CHRISTIAN MARTINEN, an individual,<br><br>           Counter-Claimant,<br>   vs.<br>MONSTER FILM LIMITED, a corporation,<br><br>           Counter-Defendant. | |
| CHRISTIAN MARTINEN, an individual,<br><br>           Third-Party Plaintiff.<br>   vs.<br>GALLOPING ILLUSIONS PTY LTD., a corporation, ROHAM GHODSI, an individual, CARLOS ALPERIN, an individual, MAXIM KOZLOV, an individual, and MOES 1-100, inclusive,<br><br>           Third-Party Defendants. | |

The Court, having read and considered the Joint Stipulation Re Entry of Judgment and Order that has been executed on behalf of Third-Party Plaintiff Christian Martinen ("Plaintiff"), on the one hand, and Defendants Carlos Alperin, Roham Ghodsi, and Galloping Illusions (collectively "Defendants"), on the other hand, and good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Judgment is entered for Plaintiff on his Third-Party Claims against Defendants.

2. Plaintiff shall recover from Defendants on Plaintiff's Third-Party Complaint, the sum of Two Million U.S. Dollars ($2,000,000.00) for which Defendants shall be liable jointly and severally.

3. Plaintiff is further entitled to, and shall recover from Defendants, their actual attorney's fees, costs and expense incurred after the date hereof relative to or in connection with enforcing, executing on, collecting on or confirming this Judgment according to proof. The Court hereby retains jurisdiction to award such attorneys' fees, costs and expenses upon motion or application by Plaintiff.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 3, 2018

_____
Hon. Otis D. Wright, II
United States District Judge